COMMONWEALTH of Pennsylvania, Appellant,

v.

Marlon Anthony SCOTT, Appellee.

Commonwealth of Pennsylvania, Appellant,

v.

George Brown, a/k/a Keith Jones, Appellee.

Supreme Court of Pennsylvania.

Submitted and Argued Sept. 20, 2004.

Decided Oct. 7, 2004.

Samuel R. Zuck, Esq., Mercer, for Commonwealth of Pennsylvania.

Marlon Anthony Scott, for Marlon Anthony Scott.

Randall Thomas Hetrick, Esq., for George Brown.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

Appeals dismissed as having been improvidently granted.